The First National Bank of South River, New Jersey, and E. Thurston Blaisdell, executors of and under the last will and testament of Sarah Evans Selover, deceased, complainants-appellants,

*v.*

R. Edgar Hurley, Minnie B. Blaisdell, William E. Hurley, Sadie Aumach, Garret Evans, Ella B. Glidewell, Mabel Clark, Percival H. Evans, George W. Evans, Jr., and Emma H. Cooper, executors and trustees under the last will and testament of George W. Evans, deceased; Edna L. Coleman, individually and as administratrix of the estate of Edwin T. Evans, defendants-respondents.

[Decided April 30th, 1937.]

54

*Mr. George L. Burton,* for the complainants-appellants, the First National Bank of South River, New Jersey, and E. Thurston Blaisdell.

*Mr. Henry D. Brinley,* for the defendant-respondent R. Edgar Hurley.

*Messrs. Smith & Dickerson,* for the defendants-respondents Minnie B. Blaisdell and William E. Hurley.

*Messrs. Snyder, Roberts & Pillsbury,* for the defendant-respondents Sadie Aumack, Garret Evans, Ella B. Glidewell, Mabel Clark, Percival H. Evans, George W. Evans, Jr., and Emma H. Cooper, executrix, &c.; Edna L. Coleman, individually and as administratrix, &c.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Berry.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 15.

*For reversal*—None.